1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9  Domingo Hernandez,                    )   No. CV 05-3177 PHX NVW (JCG)
                                         )
10              Plaintiff,               )   **ORDER**
                                         )
11  vs.                                  )
                                         )
12                                       )
   Joseph Arpaio,                        )
13                                       )
                Defendant.               )
14  _____       )

15        Before the court is Plaintiff's *pro se* Civil Rights Complaint pursuant to 42 U.S.C. §

16  1983 (doc. # 1). On May 30, 2006, United States Magistrate Judge Jennifer C. Guerin issued

17  a Report and Recommendation ("R & R") (doc. # 6) in accordance with 28 U.S.C. §

18  636(b)(1)(B).  The R & R recommended that the complaint be dismissed.  No objections to

19  the R & R were filed.

20        The court has reviewed the R & R and agrees with the magistrate judge's

21  determinations.  Accordingly, the court will accept the R & R and dismiss the complaint.

22  *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in

23  whole or in part, the findings or recommendations made by the magistrate judge").

24        IT IS THEREFORE ORDERED accepting the Report and Recommendation of

25  Magistrate Judge Guerin (doc. # 6).

26        IT IS FURTHER ORDERED that Plaintiff's *pro se* Civil Rights Complaint pursuant

27  to 42 U.S.C. § 1983 (doc. # 1) is dismissed without prejudice pursuant to Rule 41(b), Federal

28  Rules of Civil Procedure, for failure to prosecute.

1        IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment

2   accordingly and terminate this action.

3        DATED this 20th day of June 2006.

4

5

6   _____

7                 Neil V. Wake
              United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28